

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 3, 2026

Hon. Mitchell J. Katz
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, New York   13261

Re:     *Milhouse v. Coffin*, et al.
        9:24-CV-01510
        Northern District of New York

Dear Judge Katz:

Please accept this correspondence as a request for a 30-day extension of the answer deadline for all Defendants. The Office of the New York State Attorney General (OAG) recently received requests for representation from one of the newly named Defendants and is in the process of completing the paperwork necessary to undertake their representation.

Accordingly, we respectfully request the answer deadline be extended 30 days, until May 14, 2026. This request should provide sufficient time for Defendants to finalize the representation paperwork. This request is made in accordance with Public Officers Law § 17(2)(c), which requires OAG to take necessary steps on behalf of a state employee to avoid the entry of a default judgment pending resolution of questions pertaining to the state employee's representation.

Additionally, Defendants request Defendant Coffin's answer deadline also be moved to May 14, 2026 in order to avoid multiple pleading in this matter. Plaintiff's counsel consents to both requests.

Thank you for your consideration in this matter.

Respectfully submitted,

_____

Alexandra L. Galus
Assistant Attorney General
Bar Roll No. 705275
Phone: (518) 776-2463
alexandra.galus@ag.ny.gov

CC:    All Counsel of Record
       Via: CM/ECF